No. 96–8241. MITCHELL v. ALBUQUERQUE BOARD OF EDUCATION ET AL. C. A. 10th Cir. Certiorari denied.

No. 96–8255. YOUNG v. STINE, WARDEN, ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–8258. CARSON ET UX. v. COAST VILLAGE PROPERTY OWNERS CORP. Ct. App. Ore. Certiorari denied.

No. 96–8260. WRIGHT v. TENNESSEE ET AL. C. A. 6th Cir. Certiorari denied.

No. 96–8262. TULLER v. NEAL, SUPERINTENDENT, COLORADO STATE PENITENTIARY, ET AL. C. A. 10th Cir. Certiorari denied.

No. 96–8264. JOHNSON v. LAMONT ET AL. C. A. 9th Cir. Certiorari denied.

No. 96–8269. SCHMIDT v. MARTIN ET AL. C. A. 11th Cir. Certiorari denied.

No. 96–8273. SISK v. TEXAS. Ct. App. Tex., 2d Dist. Certiorari denied.

No. 96–8278. WHITE v. O'CONNOR, MAGISTRATE JUDGE, UNITED STATES DISTRICT COURT FOR THE WESTERN DISTRICT OF TEXAS. C. A. 5th Cir. Certiorari denied.

No. 96–8281. TOLBERT v. OHIO. Ct. App. Ohio, Cuyahoga County. Certiorari denied.

No. 96–8282. WILLIAMS v. INDIANA. Sup. Ct. Ind. Certiorari denied.

No. 96–8283. GERALD v. MORTON, ADMINISTRATOR, NEW JERSEY STATE PRISON, ET AL. C. A. 3d Cir. Certiorari denied.

No. 96–8284. DYE v. MICHIGAN. Ct. App. Mich. Certiorari denied.

No. 96–8286. DINGLE v. ARTUZ, SUPERINTENDENT, GREEN HAVEN CORRECTIONAL FACILITY. C. A. 2d Cir. Certiorari denied.